IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNTS DAVIDS.DUREN@GMAIL.COM, DDUREN@E3FOUNDATIONINC.COM, MRAPP@E3FOUNDATIONINC.COM, AND (978) 228-5085 THAT ARE STORED AT PREMISES CONTROLLED BY GOOGLE LLC | Case No. 23-mj-190-01-TSM |

## MOTION TO UNSEAL

The Government moves to unseal the above-captioned case. The defendant, David Duren, was arrested this morning and the underlying criminal case, *United States v. Duren*¸ 24-cr-20-JL, has been unsealed. Accordingly, there is no reason to seal the search warrant matter any further.

Respectfully submitted,
JANE E. YOUNG
United States Attorney

Dated: March 5, 2024   By:   /s/ Alexander S. Chen
Alexander S. Chen
Assistant U.S. Attorney
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Alexander.chen@usdoj.gov

1